Case 7:23-cr-01101   Document 1   Filed on 08/09/23 in TXSD   Page 1 of 1

53

United States Courts
Southern District of Texas
FILED
*August 09, 2023*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | Criminal No. **M-23-1101** |
| § § | |
| ERIC REYES § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

On or about May 14, 2023, in the Southern District of Texas, and within the jurisdiction of the Court, defendant,

**ERIC REYES**

did unlawfully obstruct, delay and affect commerce as that term is described in Title 18, United States Code 1951, and the movement of articles and commodities in commerce, by robbery as that term is described in Title 18, United States Code 1951, in that the defendant did unlawfully take property, to wit, United States Currency from a business engaged in commerce, namely a Xoom convenience store in Edinburg, Texas, against the will of the property owner by means of actual or threatened force, violence, or fear of injury.

In violation of Title 18, United States Code, sections 1951(a).

A TRUE BILL

_____
FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*Robert J. Huerra h.*
ASSISTANT UNITED STATES ATTORNEY