UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. M-23-1101 |
| | § | |
| ERIC REYES | § | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States Attorney, Alamdar S. Hamdani, and the undersigned, in and for the Southern District of Texas, and shows to the Court that ERIC REYES, Booking #I-3360-23, is a defendant in the above-captioned case which is currently scheduled for an Initial Appearance at the United States Magistrate Court for the Southern District of Texas before the Honorable United States Magistrate Judge J. Scott Hacker on August 21, 2023 at 9:00 a.m. ERIC REYES, Booking #I-3360-23, is currently a prisoner of the State of Texas confined at the Hidalgo County Jail in Edinburg, Texas.

Petitioner further represents that the Sheriff of the Hidalgo County Jail in Edinburg, Texas will release said prisoner to the custody of the United States Marshal for the Southern District of Texas or his duly authorized representative upon this writ with the agreement and understanding that after said prisoner, the defendant in the above-captioned case, has been duly discharged by the Sheriff of the Hidalgo County Jail in Edinburg, Texas, if said Sheriff so desires.

WHEREFORE, the United States prays that this Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum to the Sheriff of the Hidalgo County Jail in Edinburg, Texas, commanding said Sheriff to surrender said prisoner into the custody of the United States Marshal for the Southern District of Texas or his duly authorized

representative in sufficient time for said prisoner to appear for an Initial Appearance at the United States Magistrate Court for the Southern District of Texas before the Honorable United States Magistrate Judge J. Scott Hacker on August 21, 2023 at 9:00 a.m.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*Robert L. Guerra, Jr.*

ROBERT L. GUERRA, JR.
Assistant United States Attorney
1701 West Highway 83, Suite 600
McAllen, Texas 78501